

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERETT LOVETT,

    Defendant.

Case: 2:21-cr-20729
Assigned To : Cox, Sean F.
Referral Judge: Stafford, Elizabeth A.
Filed: 12/7/2021
IND USA V LOVETT (LH)

## **INDICTMENT**

THE GRAND JURY CHARGES:

## **COUNT ONE**

### *18 U.S.C. § 922(g)(1) - Felon in possession of a firearm*

On or about October 5, 2020, in the Eastern District of Michigan, the defendant, JERETT LOVETT, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: one Taurus, model PT-22, .22 caliber pistol, having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

### *18 U.S.C. § 924(d) and 28 U.S.C. § 2461*

The above allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, the defendant, JERETT LOVETT, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to one Taurus, model PT-22, .22 caliber pistol with serial number AQL76870, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

Date: 12/7/2021

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

SAIMA S. MOHSIN
Acting United States Attorney


*s/ Benjamin Coats*
Benjamin Coats
Chief, Major Crimes Unit


*s/ Myra F. Din*
Myra F. Din
Assistant U.S. Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:21-cr-20729<br>Assigned To : Cox, Sean F.<br>Referral Judge: Stafford, Elizabeth A.<br>Filed: 12/7/2021<br>IND USA V LOVETT (LH) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: *MD* |

**Case Title:** USA v. Jerett Lovett

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/___Information --- **no** prior complaint.
___Indictment/___Information --- based upon prior complaint [Case number:                    ]
___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 7, 2021
Date

Myra F. Din
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9100
Fax:   313-226-2372
E-Mail address: myra.din@usdoj.gov
Attorney Bar #: NY5561345

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.